UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MR. TIMOTHY BARTELT,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW M. SAUL,<br><br>Defendant. | Case No.  5:20-cv-03411 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Sallie Kim for consideration of whether the case is related to 3:17-cv-04394 SK, *Mr. Timothy Bartelt v. Nancy A. Berryhill.*

**IT IS SO ORDERED.**

Dated:  December 9, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 20-cv-03411 NC
SUA SPONTE JUDICIAL REFERRAL